UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and U.S. PHILIPS CORPORATION,

    Plaintiffs,

v.

EMI GROUP PLC; EMI MUSIC, INC.; H&R
BLOCK INC.; H&R BLOCK DIGITAL TAX
SOLUTIONS, LLC; WARNER MUSIC
GROUP CORP., and John Does No. 1 through
100,

    Defendants.

*08cv7351 (GEL)*
*Judge Lynch*

## PLAINTIFF KONINKLIJKE PHILIPS ELECTRONICS N.V.
## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Koninklijke Philips Electronics N.V. ("Philips") makes the following disclosure in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

There is no publicly-held corporation that owns more than 10% of the stock of Philips, a nongovernmental corporate entity.

Date: August 19, 2008

Respectfully submitted,

David B. Bassett
Douglas F. Curtis
Justina L. Geraci
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Vince P. Kovalick
John F. Hornick

1

Samuel C. Bass
Ali I. Ahmed
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Plaintiffs*
*Koninklijke Philips Electronics N.V. and*
*U.S. Philips Corporation*